# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1119
_____

United States of America

*Plaintiff - Appellee*

v.

Jesse Robert Fells

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: May 30, 2025
Filed: June 4, 2025
[Unpublished]
_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

After violating the conditions of supervised release for the third time, Jesse Fells received a 24-month prison sentence, followed by another 96 months of supervision. His counsel, who seeks permission to withdraw, suggests the sentence is substantively unreasonable.

We conclude otherwise. *See United States v. Barber*, 4 F.4th 689, 691 (8th Cir. 2021) (per curiam) (reviewing a revocation sentence for an abuse of discretion). The record shows that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. §§ 3553(a), 3583(e)(3), and did not rely on an improper factor or commit a clear error of judgment. *See Barber*, 4 F.4th at 692 (explaining that the court "has wide latitude to weigh the § 3553(a) factors in each case and assign some factors greater weight than others" (citation omitted)). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.